# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HELEN COSTELLO AND VICTOR COSTELLO,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY<br><br>Defendant. | **CASE NO. CV 09-00724 DMG (PJWx)**<br><br>**[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO STIPULATION OF PARTIES [34]   JS-6**<br><br>[FRCP 41(a)(1)(A)(ii)] |

    Pursuant to the February 11, 2010 Stipulation of Dismissal by and between the parties to this action, Plaintiffs Helen Costello and Victor Costello and Defendant Nationwide Mutual Fire Insurance Company, and for good cause shown, the Court makes the following orders:

    1.    This action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on the terms set forth in the parties' Arbitration Agreement and Release of Claims, signed by Plaintiffs on January 29, 2010;

1

2.    The action is dismissed with prejudice;

3.    The Court shall retain jurisdiction to enforce the Arbitration Agreement and Release of Claims, over any disputes arising under or in connection with that Agreement and in connection with any submission by the parties pertaining to the Arbitration Matter as that phrase is defined in the Agreement; and

4.    Unless otherwise stated in the Arbitration Agreement and Release of Claims, each party will bear their own attorneys' fees and court costs pertaining to this action.

IT IS SO ORDERED.

Dated: February 12, 2010

Hon. Dolly M. Gee
United States District Judge

Submitted by:

MARC S. HINES (SBN 140065)
mhines@hinessmith.com
MICHELLE L. CARDER (SBN 174481)
mcarder@hinessmith.com
JOSEPH S. MCMILLEN (SBN 174561)
jmcmillen@hinessmith.com
**HINES SMITH CARDER LEASURE DINCEL**
3080 Bristol Street, Suite 540
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123
Attorneys for Defendant
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

VICTOR JACOBOVITZ (SBN 66297)
jacobovitzlaw@aol.com
**LAW OFFICE OF VICTOR JACOBOVITZ**
3055 Wilshire Blvd., Ste. 801
Los Angeles, CA 90010
Tel: (213) 351-1045
Fax: (213) 351-1049
Attorney for Plaintiffs
HELEN AND VICTOR COSTELLO